JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELL N., <br>       Plaintiff <br>     v. <br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br>       Defendant. | Case No. CV 24-7083 AH (KES) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, **IT IS ADJUDGED** the decision of the Commissioner of Social Security is **AFFIRMED**. Judgment is hereby entered against Plaintiff and in favor of the Commissioner.

IT IS SO ORDERED.

Dated: June 20, 2025

_____
ANNE HWANG
United States District Judge